UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.L.,<br>      *Petitioner*,<br><br>      v.<br><br>WILLIAM JOYCE,<br>      in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement;<br><br>ALEJANDRO MAYORKAS,<br>      in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MERRICK GARLAND,<br>      in his official capacity as Attorney General, U.S. Department of Justice.<br>      *Respondents.* | Case No. 22 Civ. 06274<br><br>**MEMO ENDORSED** |

### NOTICE OF PETITIONER'S MOTION TO PROCEED ANONYMOUSLY USING HIS INTIALS ONLY

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2(e), Petitioner moves this Court to proceed anonymously using is initials only. In support of this motion, Petitioner files his Memorandum of Law in Support of Motion to Proceed Anonymously Using His Initials Only. Respondents take no position on this motion.

Dated: July 25, 2022                 Respectfully submitted,
       Bronx, New York

                                               */s/ Ryan Brewer*
                                               Ryan Brewer, Esq.
                                               THE BRONX DEFENDERS
                                               360 East 161st Street
                                               Bronx, New York, 10451
                                               *Counsel for Petitioner*

```
Application GRANTED.  Plaintiff may proceed anonymously using
his initials only.

The Clerk of Court is directed to terminate the pending motion
at docket entry 3.

Dated:     August 2, 2022            SO ORDERED.
           New York, New York
```

                                                  *[signature: Katherine Polk Failla]*

                                                HON. KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE