UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G. L.,

                      Petitioner,

            -v.-

WILLIAM P. JOYCE, ALEJANDRO
MAYORKAS, and MERRICK GARLAND,

                    Respondents.

22 Civ. 6274 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On July 25, 2022, Petitioner filed a petition for writ of habeas corpus in this Court. (Dkt. #1). On August 24, 2022, the Government filed its memorandum of law in opposition to the petition for writ of habeas corpus and various supporting papers. (Dkt. #11-13). Finally, on September 8, 2022, Petitioner filed his reply memorandum of law. (Dkt. #16).

      Accordingly, the parties are hereby ORDERED to appear for a hearing on September 23, 2022 at 11:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The parties should be prepared for oral argument on the petition.

      SO ORDERED.

Dated:  September 9, 2022
            New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge