UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G. L.,<br><br>                                     Petitioner,<br><br>-v.-<br><br>WILLIAM P. JOYCE, ALEJANDRO MAYORKAS, and MERRICK GARLAND,<br><br>                                     Respondents. | 22 Civ. 6274 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On July 25, 2022, Petitioner filed a petition for writ of habeas corpus in this Court. (Dkt. #1). On August 24, 2022, the Government filed its memorandum of law in opposition to the petition for writ of habeas corpus and various supporting papers. (Dkt. #11-13). Finally, on September 8, 2022, Petitioner filed his reply memorandum of law. (Dkt. #16). On September 23, 2022, the Court held oral argument on the habeas petition.

      Accordingly, the parties are hereby ORDERED to attend a telephonic hearing on **October 14, 2022, at 10:00 a.m.** At this hearing, the Court will render a decision on the petition. At the designated time, the parties shall call (888) 363-4749, and use access code 5123533.

      SO ORDERED.

Dated:  October 6, 2022
           New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge