UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G. L.,

                      Petitioner,

            -v.-

WILLIAM P. JOYCE, ALEJANDRO MAYORKAS, and MERRICK GARLAND,

                    Respondents.

22 Civ. 6274 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth in the Court's oral decision delivered on October 14, 2022, Mr. L.'s Petition for a writ of habeas corpus is GRANTED. Within 21 calendar days of the date of this Order, Respondents must provide Petitioner with an individualized bond hearing at which the Government will bear the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk. The immigration judge is also directed to meaningfully consider alternatives to incarceration and Petitioner's ability to pay if setting a monetary bond. Should the Government fail to provide Petitioner with a bond hearing consistent with the foregoing within 21 calendar days of this order, the Government must immediately release him.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: October 14, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge