**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G.L.,

                Petitioner,                22 **CIVIL** 6274 (KPF)

      -against-                     **JUDGMENT**

WILLIAM P. JOYCE, ALEJANDRO
MAYORKAS, and MERRICK GARLAND,
                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2022, and for the reasons set forth in the Court's oral decision delivered on October 14, 2022, Mr. L.'s Petition for a writ of habeas corpus is GRANTED. Within 21 calendar days of the date of the Order, Respondents must provide Petitioner with an individualized bond hearing at which the Government will bear the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk. The immigration judge is also directed to meaningfully consider alternatives to incarceration and Petitioner's ability to pay if setting a monetary bond. Should the Government fail to provide Petitioner with a bond hearing consistent with the foregoing within 21 calendar days of the order, the Government must immediately release him; accordingly, the case is closed.

**DATED:** New York, New York
          October 17, 2022

                                                        **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                                **BY:**   *K. Mango*
                                                               **Deputy Clerk**